UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:19-cv-269-FDW

| | |
|---|---|
| SOPHIA GRIFFITH, | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) AMENDED ORDER |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

THIS MATTER is before the Court on Plaintiff's Motion for Extension of Time (Doc. No. 9) seeking ten additional days to file her dispositive motion and supporting memorandum. For the reasons stated in the motion, to which Defendant does not object, and for good cause shown, the motion is GRANTED. Plaintiff shall have up to and including March 2, 2020, to file her dispositive pleadings.[1]

IT IS SO ORDERED.

Signed: January 31, 2020

Frank D. Whitney
Chief United States District Judge

---

[1] Following a telephone call to Chambers from Plaintiff's counsel, the Court realized a typographical error in setting the deadline for Plaintiff's dispositive motion. This Order amends the date to reflect an additional twenty-one (21) days for filing as requested in the original motion.

1